678

*May 9, 1939.*

Meress, Administratrix, Appellant, vs. Chicago, Milwaukee, St. Paul & Pacific Railroad Company and others, Respondents.

For the appellant: *Max. Raskin,* attorney, and *Wm. F. Quick* of counsel, both of Milwaukee.

For the respondents: *Bender, Trump & McIntyre* of Milwaukee, attorneys, and *Leigh Caswell* of Crystall Falls, Michigan, of counsel.

*By the Court.*—Judgment affirmed.

Estate of Pine: Knight and others, Appellants, vs. Pine, Executor, and others, Respondents.

For the appellants: *J. Charles Pile* of Dodgeville.

For the respondents: *Clarence H. Knudson* of Dodgeville.

*By the Court.*—Order affirmed.

Will of Dorn: West, Appellant, vs. Roick and another, Respondents.

For the appellant: *Evans, Flom & Alstad,* attorneys, and *Richmond, Jackman, Wilkie & Toebaas* of counsel, all of Madison.

For the respondents: *A. W. Kopp* of Platteville.

*By the Court.*—Order affirmed.